IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01109-CMA-BNB

TIFFANY GARGANO,

Plaintiff,

v.

OWNERS INSURANCE COMPANY, d/b/a Auto Owners Insurance Company,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. Competing forms of pretrial orders were submitted; issues were raised about the propriety of certain witnesses listed; and the exhibit lists were inadequate. Consequently, I refused both scheduling orders.

IT IS ORDERED:

(1) The parties shall confer and submit a joint proposed scheduling order on or before **June 17, 2013**;

(2) All motions challenging the contents of the joint proposed scheduling order (other than objections to exhibits under Rule 26(a)(3), which are reserved until after the exhibits are exchanged) and, in particular, raising any issues about the propriety of witnesses, shall be filed on or before **June 24, 2013**; and

(3) A supplemental final pretrial conference will be set by subsequent order following the resolution of any issues raised by the motion(s) contemplated to be filed on or before June 24, 2013.

Dated June 6, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge