IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-01109-CMA-BNB | Date: July 11, 2013 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| TIFFANY GARGANO | *Philip C. Zimmerman* |
| | *Mark A. Larson* |
| **Plaintiff(s)** | |
| v. | |
| OWNERS INSURANCE COMPANY | *Gregory R. Giometti* |
| | *Amanda M. Burke* |
| **Defendant(s)** | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session:  10:03 a.m.

Appearance of counsel.

Argument presented on [46] Gargano's Motion to Compel Disclosure of Insurer's Complete Claim File [52] Owners' Motion to Strike Undisclosed Trial Witnesses and New Allegations in Final Pretrial Order.

For reasons stated on the record, it is

**ORDERED:  [46] Gargano's Motion to Compel Disclosure of Insurer's Complete Claim File is GRANTED IN PART and DENIED IN PART.**

Argument presented on [52] Owners' Motion to Strike Undisclosed Trial Witnesses and New Allegations in Final Pretrial Order.

For reasons stated on the record, it is

**ORDERED:** **[52] Owners' Motion to Strike Undisclosed Trial Witnesses and New Allegations in Final Pretrial Order is GRANTED IN PART and DENIED IN PART.**

**GRANTED as to striking witness Mr. Larimer, DENIED as to striking witness Augustine Gargano, and DENIED as to striking the basis of the claim.**

**Discovery reopened for the deposition of Augustine Gargano only. Deposition to be completed, if at all, by August 15, 2013.**

Court in Recess:  11:34 a.m.   Hearing concluded.   Total time in court:  01:31

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119