IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01109-CMA-BNB

TIFFANY GARGANO,

Plaintiff,

v.

OWNERS INSURANCE COMPANY, d/b/a Auto Owners Insurance Company,

Defendant.
_____

## ORDER
_____

This matter arises on the following:

(1) **Gargano's Motion to Compel Disclosure of Insurer's Complete Claim File** [Doc. # 46, filed 6/14/2013] (the "Motion to Compel");

(2) **Owner's Motion to Strike Undisclosed Trial Witnesses and New Allegations In Final Pretrial Order** [Doc. # 52, filed 6/28/2013] (the "Motion to Strike"); and

(3) **Gargano's Motion for Leave to File Reply In Support of Her Motion to Compel** [Doc. # 58, filed 7/9/2013] (the "Motion for Leave").

I held a hearing on the motions on July 11, 2013, and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Compel [Doc. # 46] is GRANTED IN PART and DENIED IN PART as follows:

•GRANTED to require the defendant to produce unredacted copies of documents

bearing the following Bates numbers (if unredacted copies have not already been produced):

000238; 000245; 000247; 000249; 000295; 000353-358; and 000367-373; and

•DENIED in all other respects.

(2)     The Motion to Strike [Doc. # 52] is GRANTED IN PART and DENIED IN PART as follows:

•GRANTED to strike Vance R. Larimer as a witness at trial;

•GRANTED insofar as the defendant requests leave to depose Augustine Gargano.  Discovery is reopened to and including August 16, 2013, solely to allow the defendant to depose Mr. Gargano; and

•DENIED in all other respects.

(3)     The Motion for Leave [Doc. # 58] is DENIED.

Dated July 12, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge