**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01109-CMA-BNB

TIFFANY GARGANO,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY, d/b/a AUTO OWNERS INSURANCE COMPANY,

    Defendant.

---

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

This matter is before the Court on the Motion for Summary Judgment filed by Defendant Owners Insurance Company ("Owners"). (Doc. # 19.) Plaintiff Gargano asserted claims for: (1) breach of contract, (2) bad faith, and (3) a statutory bad faith claim under Colo. Rev. State. §§ 10-3-1115 and 10-3-1116. Owners filed this motion on September 25, 2012 (Doc. # 19), Gargano responded on October 16, 2012 (Doc. # 20), and Gargano replied on October 30, 2012 (Doc. # 21). Gargano, after seeking leave from the Court, filed a supplement in response to the motion for summary judgment (Doc. # 28), which Owners responded to in opposition (Doc. # 35). Jurisdiction is proper under 28 U.S.C. § 1332 (diversity jurisdiction).

Upon review of the parties' briefing and the evidence referenced therein, the Court determines that genuine issues of material fact preclude the Court from granting the summary judgment motion.[1]

Accordingly the Court ORDERS that Defendant Owner's Motion for Summary Judgment (Doc. # 19) is DENIED.

DATED: August   26  , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] The Court notes, however, Plaintiff's utter failure to abide by the its Practice Standards and the basic tenets of motions practice. Despite these failings, the Court has determined that summary judgment is not appropriate. However, the Court admonishes Plaintiff to carefully review its Practice Standards, this District's Local Rules, and applicable Federal Rules of Civil Procedure and abide by those rules and standards in all subsequent stages of this case.