**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01109-CMA-BNB

TIFFANY GARGANO,

   Plaintiff,

v.

OWNERS INSURANCE COMPANY, d/b/a AUTO OWNERS INSURANCE COMPANY,

   Defendant.

---

**ORDER VACATING TRIAL DATES**

---

This matter is before the Court *sua sponte*. The Court notes that in the last month, on the eve of trial, the parties have filed eleven motions in this case. Although some are motions in limine which are appropriately filed on the eve of trial, others raise substantive issues of great consequence to the case which should have been raised well in advance of trial in order to allow the Court time to address the issues in a thoughtful, rather than rushed, manner. Accordingly, it is

ORDERED that the five-day Jury Trial, set to commence November 18, 2013, is VACATED. It is

FURTHER ORDERED that lead counsel for both parties are DIRECTED to call Chambers (303-335-2174) via conference call **no later than November 13, 2013**, in order to reset the trial dates in this matter.

2

FURTHER ORDERED that Plaintiff shall have 21 days from the date of this Order to respond to Defendant's Motion to Amend/Correct/Modify Answer to Amended Complaint to Add Statute of Limitations Defense (Doc. # 89).  If Defendant chooses to file a reply, it shall have 14 days from the date of Plaintiff's response to do so. *See* D.C.COLO.LCivR 7.1.

DATED:  November   06  , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge