# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01109-CMA-BNB

TIFFNAY GARGANO,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY, d/b/a AUTO OWNERS INSURANCE COMPANY,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant's Motion for Leave to Amend Pleadings to Add Statute of Liminations Defense of Judge Christine M. Arguello entered on March 18, 2014 it is

ORDERED that:

1. Defendant's Motion for Leave to Amend Pleadings to Add Statute of Limitations Defense (Doc. # 89) is GRANTED. The Court directs that Attachment 1 to Doc. # 89 be docketed by the Clerk's Office as an independent pleading.

2. Based on counsel's confession, Plaintiff's claim for breach of contract is DISMISSED WITH PREJUDICE.

3. Plaintiff's remaining claims for bad faith and violations of Colo. Rev. Stat. §§ 10-3-1115 and -1116 are DISMISSED WITH PREJUDICE.

4. Pursuant to D.C.Colo.LCivR 54.1, Defendant may have its costs by filing a bill of costs within 14 days.

Dated at Denver, Colorado this 19th day of March, 2014.

>FOR THE COURT:
>JEFFREY P. COLWELL, CLERK
>
>By:  s/  Sandra Hartmann
>
>Sandra Hartmann
>Deputy Clerk